IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                        )<br>                    Plaintiff,         )<br>                                                        )<br>         vs.                                      )<br>                                                        )<br>                                                        )<br>KEK NGUEN YOK,                      )<br>                                                        )<br>                    Defendant.      ) | 8:14CR52<br><br>ORDER |

This matter is before the court on defendant's unopposed motion to continue trial [20] as discovery is over 1,600 pages. Counsel needs additional time to investigate and prepare for trial. The court finds good cause being shown and the trial shall be continued. The defendant has compied with NECrimR 12.1(a).

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for May 27, 2014 is continued to **August 12, 2014.**

2**.** In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 12, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED May 22, 2014.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**