IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:14CR52 |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| KEK NGUEN YOK | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' joint unopposed motion to continue trial [35]. Plea Negotiations in the matter have not progressed. Counsel needs additional time to review paper copies of evidence and prepare for trial. The defendant has complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the joint unopposed motion to continue trial [35] is granted, as follows:

1. The jury trial now set for March 3, 2015 is continued to **April 7, 2015.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 7, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED February 25, 2015.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**