# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:14CR52 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KEK NGUEN YOK, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the oral motion of defendant Kek Nguen Yok (Yok) for an extension of the pretrial motion deadline. The motion was made during the arraignment on the Superseding Indictment on March 23, 2015. Gatluak Kang served as an interpreter in the Nuer language. The oral motion was granted.

**IT IS ORDERED:**

1. Yok's motion for an extension of time to file pretrial motions is granted. Yok shall have **to on or before April 23, 2015**, in which to file pretrial motions.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from March 23, 2015, and April 23, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 23rd day of March, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge